**Order entered December 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01065-CR

**DONALD RAY GIPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F15-55009-X**

## ORDER

We **REINSTATE** this appeal.

On December 8, 2016, we abated this appeal for a hearing on why the reporter's record had not been filed. By letter dated December 21, 2016, court reporter Kelly Simmons informed the Court she had not been able to complete the record due to family medical issues and requested until December 29, 2016 to complete the reporter's record. In the interest of expediting this appeal, we **VACATE** that portion of our order requiring a hearing and findings.

We **GRANT** court reporter Kelly Simmons's request and **ORDER** the reporter's record due **no later than December 29, 2016.**

/s/     ADA BROWN
        JUSTICE